IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

KEVIN ALDRIDGE,

       **Plaintiff,**

    **v.**

EQUIFAX INFORMATION
SERVICES, LLC,

       **Defendant.**

**Case No. 1:26-cv-01306-JPB-JKL**

## DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S ANSWER TO PLAINTIFF'S COMPLAINT

Defendant, Equifax Information Services LLC ("Equifax" or "Defendant"), by and through its undersigned counsel, files its Answer and Defenses to Plaintiff's Complaint as follows:

### INTRODUCTION

1.    In response to Paragraph 1, Equifax admits that Plaintiff purports to bring claims under the Fair Credit Reporting Act ("FCRA"). Equifax denies any allegations that it violated the FCRA, denies reporting inaccurate information in Plaintiff's credit file, and denies Plaintiff suffered any harm or damages.

### JURISDICTION AND VENUE

2.     In response to Paragraph 2, Equifax admits that to the extent Plaintiff has properly alleged the claims, the Court may exercise its jurisdiction.

3.     In response to Paragraph 3, Equifax admits it is a credit reporting agency as defined by the FCRA, and that to the extent Plaintiff has properly alleged their claims, the Court may exercise its jurisdiction.

4.     Equifax admits it is licensed to do business in the State of Georgia. Equifax is  otherwise without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 4.

**ALLEGATIONS AS TO PARTIES**

5.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 5.

6.     In response to Paragraph 6, Equifax states that this paragraph sets forth a legal conclusion to which no response is required. To the extent a response is deemed required, the allegations of this paragraph are denied.

7.     In response to Paragraph 7, Equifax admits it is licensed to do business in the State of Georgia.

8.     In response to Paragraph 8, Equifax admits it has a registered agent in the State of Georgia.  Equifax also admits that it is a Consumer Reporting Agency ("CRA") as defined by the FCRA.  Equifax admits that it assembles

consumer credit information for the purpose of furnishing consumer reports to third parties with permissible purpose. Equifax is otherwise without knowledge or information sufficient to form a belief of the allegations in Paragraph 8.

## FACTS OF THE COMPLAINT

### Mr. Aldridge's January 2026 Consumer Disclosure

9.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 9.

10.    In response to Paragraph 10, Equifax states that Plaintiff is attempting to interpret the FCRA.  Equifax further states that the FCRA speaks for itself, and to the extent Plaintiff misstates, misquotes, or mischaracterizes the FCRA, Equifax denies the allegations in this Paragraph.

11.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 11.

### Equifax's Disclosure Was Incomplete, Unclear, or Inaccurate

### Omission of Original Creditors

12.    Equifax denies the allegations in Paragraph 12.

13.    In response to Paragraph 13, Equifax states that Exhibit A (Disclosure) speaks for itself, and to the extent Plaintiff misquotes, misstates, or otherwise mischaracterizes its contents the allegations are denied. Equifax further

3

denies reporting inaccurate information in Plaintiff's credit file. Equifax denies that Exhibit A (Disclosure) is a full and complete copy of the relevant disclosure.

14.    In response to Paragraph 14, Equifax states that Exhibit A (Disclosure) speaks for itself, and to the extent Plaintiff misquotes, misstates, or otherwise mischaracterizes its contents the allegations are denied. Equifax further denies reporting inaccurate information in Plaintiff's credit file. Equifax denies that Exhibit A (Disclosure) is a full and complete copy of the relevant disclosure.

15.    In response to Paragraph 15, Equifax states that Exhibit A (Disclosure) speaks for itself, and to the extent Plaintiff misquotes, misstates, or otherwise mischaracterizes its contents the allegations are denied. Equifax further denies reporting inaccurate information in Plaintiff's credit file. Equifax denies that Exhibit A (Disclosure) is a full and complete copy of the relevant disclosure.

16.    In response to Paragraph 16, Equifax states that Exhibit A (Disclosure) speaks for itself, and to the extent Plaintiff misquotes, misstates, or otherwise mischaracterizes its contents the allegations are denied. Equifax further denies reporting inaccurate information in Plaintiff's credit file. Equifax denies that Exhibit A (Disclosure) is a full and complete copy of the relevant disclosure.

17.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 17.

18.     In response to Paragraph 18, Equifax states that this paragraph sets forth a legal conclusion to which no response is required. To the extent a response is deemed required, the allegations of this paragraph are denied.

19.     In response to Paragraph 19, Equifax states that Exhibit A (Disclosure) speaks for itself, and to the extent Plaintiff misquotes, misstates, or otherwise mischaracterizes its contents the allegations are denied. Equifax further denies reporting inaccurate information in Plaintiff's credit file. Equifax denies that Exhibit A (Disclosure) is a full and complete copy of the relevant disclosure.

20.     Equifax denies the allegations in Paragraph 20.

21.     Equifax denies the allegations in Paragraph 21.

**<u>Omission of Complete Account Numbers</u>**

22.     Equifax denies the allegations in Paragraph 22 as stated.

23.     Equifax denies reporting inaccurate information in Plaintiff's credit file.  Equifax is otherwise without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 23.

24.     Equifax denies reporting inaccurate information in Plaintiff's credit file.  Equifax is otherwise without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 24.

25.    In response to Paragraph 25, Equifax states that this paragraph sets forth a legal conclusion to which no response is required. To the extent a response is deemed required, the allegations of this paragraph are denied.

26.    Equifax denies the allegations in Paragraph 26.

27.    Equifax denies the allegations in Paragraph 27.

28.    In response to Paragraph 28, Equifax states that Exhibit A (Disclosure) speaks for itself, and to the extent Plaintiff misquotes, misstates, or otherwise mischaracterizes its contents the allegations are denied. Equifax further denies reporting inaccurate information in Plaintiff's credit file. Equifax denies that Exhibit A (Disclosure) is a full and complete copy of the relevant disclosure.

29.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 29.

30.    Equifax denies the allegations in Paragraph 30.

31.    In response to Paragraph 31, Equifax states that Exhibit A (Disclosure) speaks for itself, and to the extent Plaintiff misquotes, misstates, or otherwise mischaracterizes its contents the allegations are denied. Equifax further denies reporting inaccurate information in Plaintiff's credit file. Equifax denies that Exhibit A (Disclosure) is a full and complete copy of the relevant disclosure.

32. In response to Paragraph 32, Equifax states that Exhibit A (Disclosure) speaks for itself, and to the extent Plaintiff misquotes, misstates, or otherwise mischaracterizes its contents the allegations are denied. Equifax further denies reporting inaccurate information in Plaintiff's credit file. Equifax denies that Exhibit A (Disclosure) is a full and complete copy of the relevant disclosure.

33. In response to Paragraph 33, Equifax states that Exhibit A (Disclosure) speaks for itself, and to the extent Plaintiff misquotes, misstates, or otherwise mischaracterizes its contents the allegations are denied.

34. Equifax denies reporting inaccurate information in Plaintiff's credit file. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 34.

35. Equifax denies the allegations in Paragraph 35.

36. Equifax denies the allegations in Paragraph 36.

37. Equifax denies the allegations in Paragraph 37.

38. Equifax denies the allegations in Paragraph 38.

39. Equifax denies the allegations in Paragraph 39.

40. In response to Paragraph 40, Equifax states that Plaintiff is attempting to interpret opinions issued by the Federal Trade Commission (Exhibit B). Equifax further states that the Advisory Opinion speaks for itself,

and to the extent Plaintiff misstates, misquotes, or mischaracterizes the Opinion Letter, Equifax denies the allegations in this Paragraph.

41.    Equifax denies the allegations in Paragraph 41.

42.    In response to Paragraph 42, Equifax states that Plaintiff is attempting to interpret the CDIA (Exhibit C).  Equifax further states that the CDIA speaks for itself, and to the extent Plaintiff misstates, misquotes, or mischaracterizes the CDIA, Equifax denies the allegations in this Paragraph.

43.    In response to Paragraph 43, Equifax states that Plaintiff is attempting to interpret the CDIA (Exhibit C).  Equifax further states that the CDIA speaks for itself, and to the extent Plaintiff misstates, misquotes, or mischaracterizes the CDIA, Equifax denies the allegations in this Paragraph.

44.    Equifax denies reporting inaccurate information in Plaintiff's credit file.  Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 44.

### Prevalence of Equifax's Account Number Errors

45.    Equifax denies reporting inaccurate information in Plaintiff's credit file.  Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 45.

46. Equifax denies reporting inaccurate information in Plaintiff's credit file. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 46.

47. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 47.

48. Equifax denies the allegations in Paragraph 48.

49. Equifax denies the allegations in Paragraph 49.

50. Equifax denies the allegations in Paragraph 50.

51. Equifax denies the allegations in Paragraph 51.

52. Equifax denies the allegations in Paragraph 52.

53. Equifax denies the allegations in Paragraph 53.

54. In response to Paragraph 54, Equifax states that Plaintiff is attempting to interpret the FCRA. Equifax further states that the FCRA speaks for itself, and to the extent Plaintiff misstates, misquotes, or mischaracterizes the FCRA, Equifax denies the allegations in this Paragraph.

55. Equifax denies the allegations in Paragraph 55.

**COUNT I**
**VIOLATIONS OF THE FCRA**

56. Equifax reasserts and re-alleges its responses and defenses set forth herein.

9

57.     Equifax denies the allegations in Paragraph 57.

58.     Equifax denies the allegations in Paragraph 58.

59.     Equifax denies the allegations in Paragraph 59.

60.     Equifax denies the allegations in Paragraph 60.

## PRAYER FOR RELIEF

Equifax denies Plaintiff's "Wherefore" Paragraph, including all subparts. Equifax denies that Plaintiff is entitled to any of the relief claimed in their Complaint, including damages, costs, and fees.

## DEMAND FOR JURY TRIAL

Equifax admits that Plaintiff requests a trial by jury.

## AFFIRMATIVE DEFENSES

Defendant Equifax Information Services LLC states the following Affirmative Defenses:

1.     Plaintiff's Complaint fails to state a claim against Equifax upon which relief can be granted.

2.     At all pertinent times, Equifax maintained reasonable procedures to assure maximum possible accuracy in its credit reports.

3.     The information which Equifax reported on Plaintiff's credit report was true or substantially true.

10

4.      Equifax has complied with the Fair Credit Reporting Act in its handling of Plaintiff's credit file and is entitled to each and every defense stated in the Act and any and all limitations of liability.

5.      Plaintiff cannot meet the requirements of 15 U.S.C. § 1681n in order to recover punitive or statutory damages.

6.      Equifax adopts by reference the defenses, criteria, limitations, standards and constitutional protections mandated or provided by the United States Supreme Court in the following cases: *BMW v. Gore*, 517 U.S. 559 (1996); *Cooper Indus., Inc. v. Leatherman Tool Group, Inc.*, 532 U.S. 923 (2001); *State Farm v. Campbell*, 538 U.S. 408 (2003), and *Safeco Insurance Co. of America v. Burr*, 551 U.S. 47 (2007).

7.      Equifax reserves the right to assert additional defenses that it learns through the course of discovery.

**WHEREFORE**, having fully answered or otherwise responded to the allegations in Plaintiff's Complaint, Equifax prays that:

(1)     Plaintiff's Complaint be dismissed in its entirety and with prejudice as to Equifax, with all costs taxed against Plaintiff; and

(2)     it recover such other and additional relief as the Court deems just and appropriate.

DATED:  June 9, 2026.                     Respectfully submitted,

                                          /s/ Allison Rhadans
                                          Allison Rhadans
                                          Ga. Bar No. 940557
                                          Allison.Rhadans@equifax.com
                                          Legal Counsel - Litigation
                                          Equifax Legal Department
                                          1550 Peachtree Street
                                          Atlanta, Georgia 30309
                                           470-714-5657
                                          *Counsel for Defendant Equifax
                                          Information Services LLC*

## CERTIFICATE OF SERVICE

This is to certify that on June 9, 2026, I served the foregoing with the Clerk of the Court using the CM/ECF System, which will send electronic notification of such filing to all counsel of record.

                                           /s/ Allison Rhadans

12